## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| Stan Brian Kiser,<br><br>        Plaintiff,<br><br> v.<br><br>Caldwell County; Randy Church,<br>individually and in his Official Capacity;<br>Jeffrey Branch, individually and in his<br>Official Capacity; Michael Labrose,<br>individually and in his Official Capacity;<br>Donald Potter, individually and in his<br>Official Capacity; Robbie Wilkie,<br>individually and in his Official Capacity,<br><br>        Defendants. | CASE NO.: |

## NOTICE OF REMOVAL

COME NOW Defendants Caldwell County; Randy Church, individually and in his

Official Capacity; Jeffrey Branch, individually and in his Official Capacity; Michael Labrose,

individually and in his Official Capacity; Donald Potter, individually and in his Official

Capacity; and Robbie Wilkie, individually and in his Official Capacity (hereinafter

"Defendants") and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this action from the

General Court of Justice, Superior Court Division of Caldwell County, North Carolina to the

United States District Court for the Western District of North Carolina, Statesville Division.  As

grounds for removal, Defendants show the following:

        1.        Plaintiff commenced this action against Defendants as styled above in the

Superior Court of Caldwell County on June 30, 2021, where it is pending as Case No. 21-CVS-

874. (*See* Exhibit 1 – Copies of Documents and Pleadings on File with the Superior Court of Caldwell County Served Upon Defendants.)

2. Plaintiff purported to serve Defendants Caldwell County, Church, Branch, Potter, and Wilkie on July 1, 2021, and Defendant Labrose on July 6, 2021. (*See* Exhibit 1.) Defendants' Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as Defendants are filing it within 30 days of "receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a). The events asserted by Plaintiff giving rise to his claims allegedly occurred in Caldwell County, North Carolina, and Plaintiff filed his Complaint in the Caldwell County Superior Court. Accordingly, venue properly lies in the United States District Court for the Western District of North Carolina, Statesville Division as the District and Division encompassing the Caldwell County Superior Court.

4. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants are attached hereto as Exhibit 1.

5. In accordance with 28 U.S.C. § 1446(d), Defendants will promptly give written notice of the filing of this Notice of Removal to Plaintiff, the only adverse party, and will also file a Notice of filing this Notice of Removal with the Caldwell County Superior Court, a copy of which is attached hereto as Exhibit 2.

## Federal Question Jurisdiction

6. This action is properly removable to federal court pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint presents a federal question. Plaintiff alleges violation of due process rights under 42 U.S.C.A. § 1983. This claim is a cause of action arising under the Constitution, laws, or treaties of the United States over which this Court has original federal

question jurisdiction.  The Court may exercise supplemental jurisdiction over all remaining pendent claims.

       7.      Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331 and 1441.

WHEREFORE, on the basis of the foregoing, Defendants respectfully submit that removal of this action from the Caldwell County Superior Court to this Court is proper, and Defendants accordingly remove the civil action to this Court.

Dated this the 30th day of July, 2021.

Respectfully submitted,

s/Matthew J. Gilley
Matthew J. Gilley
N.C. Bar No. 31943
mgilley@fordharrison.com
FORD & HARRISON LLP
100 Dunbar Street, Suite 300
Spartanburg, South Carolina  29306
Telephone: 864-699-1100
Facsimile: 864-699-1101


s/Patrick Flanagan
Patrick Flanagan
N.C. Bar No. 17407
phf@cshlaw.com
CRANFILL SUMNER LLP
2907 Providence Road, #200
Charlotte, North Carolina  28211
Telephone:  704-332-8300
Facsimile:  704-831-5522

Attorneys for Defendants

3